IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SARAH J. HAND**                                                                         **PLAINTIFF**

v.                                                      **CIVIL ACTION NO. 1:20-cv-00233-LG-RPM**

**ARRICK M. DILLON and**
**FIRST CLASS TRUCKING AND DELIVERY, LLC**                **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AS TO ARRICK M. DILLON ONLY

This cause having come before the Court upon the unopposed motion *ore tenus* of the Plaintiff, Sarah J. Hand, to dismiss, without prejudice, her claims and causes of action against Defendant Arrick M. Dillon, and the Court, being fully advised in the premises, finds that the motion is well-taken and should be, and hereby is, **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Plaintiff's claims and causes of action against Defendant Arrick M. Dillon are hereby **DISMISSED WITHOUT PREJUDICE** with the parties to bear their own respective costs and fees. The dismissal of claims against Arrick M. Dillon does not affect any of the Plaintiff's claims against Defendant First Class Trucking and Delivery, LLC.

**SO ORDERED AND ADJUDGED** this the 4th day of June, 2021.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

**Agreed:**
*s/ M. Scott Bishop*
M. Scott Bishop (MSB #102699)
**MORRIS BART, LTD.**
1712 15th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: (228) 276-0307
Facsimile: (866) 354-9707
sbishop@morrisbart.com

ATTORNEY FOR PLAINTIFF
SARAH J. HAND


*s/ Clint D. Vanderver*
Stuart Robinson, Jr. (MSB #5624)
Clint D. Vanderver (MSB #101997)
**WELLS MARBLE & HURST, PLLC**
300 Concourse Blvd., Suite 200
Ridgeland, Mississippi  39157
Telephone: (601) 605-6900
Facsimile: (601) 605-6901
cvanderver@wellsmar.com

ATTORNEYS FOR DEFENDANT
FIRST CLASS TRUCKING AND
DELIVERY, LLC